W. E. BRYAN, *et al.,* v. F. S. and H. W. HARRISON, *et al.*

150 So. 228.
Division B.
Opinion Filed September 25, 1933.

*Thomas W. Butler, W. E. Sweat* and *Leonard O. Boynton,* for Appellants;

*D. R. Peacock,* for Appellees.

PER CURIAM.—The appeal here is from a final decree in foreclosure. The record shows that the final decree was executed by a sale of the property under order of court and the same confirmed, before notice of appeal was filed, to one J. L. Harrison who is not made a party to the appeal. Because of the failure to make the purchaser at the fore-

closure sale a party to the appeal the same should be dismissed. Gifford v. Plummer, 73 Fla. 1065, 75 Sou. 536; Platt v. City of Punta Gorda, 98 Fla. 1242, 125 Sou. 381.

It is so ordered.

Dismissed.

WHITFIELD, P. J., and BROWN and BUFORD, J. J., concur.